WRIT NO.   WR-82,778-01

EX PARTE                          §
                                  §
                                  §    IN THE COURT OF CRIMINAL AP-
                                  §    PEALS, IN AUSTIN, TX
                                  §
DESMOND LEDET                     §

URGENT NOTICE OF DISMISSAL OF STATE BAR GRIEVANCE AND APPEAL OF
THAT DISMISSAL.

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

I, Desmond Ledet, the Applicant in the above said cause, respectfully,and urgently,  provide you with the following update on my State Bar Grievance against my defense attorney for presenting false statements of material facts in his affidavit:

1: Prior to this date, 2-11-2015, I have repeatedly informed this honorable Court that due to the false statements of material fact(proven by the record) Hon. Fortinberry put in his affidavit presented to the trial court(now in your Court) that I filed a Grievance on him with the Office of Chief Disciplinary counsel.

2: I informed this honorable Court of the fact a grievance was pending in several of my recent objections presented to this Court.

3: To keep you properly updated, I must now inform you that **on 2-10-2015(verifiable by Prison mailroom records) I RECEIVED A NOTICE FROM THE STATE BAR THAT THAT GRIEVANCE WAS DISMISSED FOR NOT PROVIDING NEW ADDITIONAL INFORMATION.** Specifically the notice states: "...Our records indicate you have previously filed a grievance against this lawyer, which was appropriately concluded...this grievance does not contain any additional information which would demonstrate misconduct."

4: **THE STATE BAR HAS MADE A MISTAKE AND TODAY, 2-11-2015, I AM FILING MY APPEAL TO THAT DECISION.**

5: The first grievance, #201407100, was **only** a grievance that Hon. Fortinberry had failed to file his affidavit in defiance of the trial court's order he do so by Oct.13, 2014.

6: The factual predicate of the grievance I have been informing this Court of did not exist until he filed the affida-

p.1 of 2

vit(**subsequent to me placing the first grievance in the mail**) and I finally received a copy of it in the mail here on the Telford Unit. **ONCE I READ HIS AFFIDAVIT AND COMPARED IT WITH THE RECORD, IT WAS APPARENT THAT IT WAS FULL OF PERJURY(false material facts).**

7: Once aware of the misconduct in the affidavit, I filed the second grievance with a copy of his affidavit attached(new **additional information**) pointing out along with the copies of the reporter's record/ and relevant parts of the writ Application etc. the false material facts in the affidavit.

8: Nevertheless the Office of Chief Disciplinary Counsel dismissed it on February 5th, 2015, and I received notice of that dismissal yesterday, on February 10th, 2015.

9: I am now going to the next step and **appealing that mistaken incorrect decision to the BOARD OF DISCIPLINARY APPEALS** simply making them aware that the new grievance #. 201500660, is only about "new additional information" that did not exist to my knowledge when the first grievance was filed. Specifically Hon. Fortinberry's perjured affidavit.

10: I will keep this Court posted on any new developements.

Respectfully Submitted,

DESMOND LEDET   #01651095
Telford Unit
3899 State Hwy.98
New Boston, TX.   75570